**Denis P. McAllister**
**Attorney at Law**
**(NYS Bar# 2508182)**
**70 Glen Street, Suite 395**
**Glen Cove, New York 11542**
**Tel.# (516) 816-6644**
**email: Kogid67@aol.com**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

-------------------------------------------------------X

ALEXIS RACHWALSKI,

                Plaintiff,            Case No.:

          -v.-

Merrick Garland, in his official capacity as
Attorney General of the United States,
DEPARTMENT OF JUSTICE, and
Christopher Wray, in his official capacity as
Director of the FEDERAL BUREAU OF
INVESTIGATION,

                Defendants.

-------------------------------------------------------X

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S.D. Ind. Local Rule 83-6(a), Denis P. McAllister, respectfully requests entry

of an Order granting leave to appear pro hac vice for the purpose of appearing as counsel on

behalf of Alexis Rachwalski, the Plaintiff in the above-styled cause. In support of this motion the

undersigned states:

1.     That I am admitted to practice law and am and have always been a member in good

standing of the courts of the state of New York since 1992 and am admitted to the U.S. District

Courts of the Eastern District and Southern District of New York since 1993.

2.     I have never been disbarred or suspended from practice before any court, department,

bureau, or commission of any state or the United States. I have never been reprimanded or been subject to any disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.      The administrative fees required to process this motion for admission pro hac vice will be paid to the Clerk of the Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order granting leave to appear *pro hac vice* for the purposes of this cause only.

Dated: November 21, 2023.

Respectfully submitted,

Denis P. McAllister, Esq.
70 Glen Street, Suite 395
Glen Cove, New York 11542
Tel.# (516) 816-6644
Fax# (516) 671-1148
Email: Kogid67@aol.com