Denis P. McAllister
**Attorney for Plaintiff**
(NYS Bar# 2508182)
70 Glen Street, Suite 395
Glen Cove, New York 11542
Tel.# (516) 816-6644
email: Kogid67@aol.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-----------------------------------------------------------X
ALEXIS RACHWALSKI,

              Plaintiff,

              Case No. 1:23-cv-02138-TWP TAB

  -v.-

Merrick Garland, in his official capacity as
Attorney General of the United States
DEPARTMENT OF JUSTICE, and
Christopher Wray, in his official capacity as
Director of the FEDERAL BUREAU OF
INVESTIGATION,

              Defendants.
-----------------------------------------------------------X

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

      Plaintiff, ALEXIS RACHWALSKI, by and through her attorney, Denis P. McAllister, Esq., submits the following as her Preliminary Exhibit List via the Court's electronic case filing system:

1)     Plaintiff's complete Official Personnel File/Folder in the official records of Defendant Federal Bureau of Investigation.

2)     Defendants' systems of electronic records that capture or reflect third party observations of Plaintiff's work performance, suitability, and compensation and benefits records, to include the Plaintiff's Probationary Agent Logbook (housed in Defendant FBI Virtual Academy or other electronic system).

3) Defendants' systems of electronic records that capture or reflect third party observations of Derek Poppelriter's work performance, suitability, and compensation and benefits records, to include the Derek Poppelriter's Probationary Agent Logbook (housed in Defendant FBI Virtual Academy or other electronic system).

4. Plaintiff's selfie photographs of herself in her work attire while assigned to the Complex Financial Crimes Squad of the Indianapolis Field Office during portions of calendar year 2021.

5. All documents, records that have already been tendered by Plaintiff to Defendants in her FRCP Rule 26(a)(1) Preliminary Disclosures (including any supplementally tendered items).

6. All documents, records that have already been tendered by Defendants to Plaintiff in their FRCP Rule 26(a)(1) Preliminary Disclosures (including any supplementally tendered items).

7. All pertinent and applicable Department of Justice and/or Federal Bureau of Investigation policies, protocols, statutes that were relied upon by Defendants' in articulating their legitimate, non-pre-textual business reasons motivating the Defendant FBI to terminate the Plaintiff from her employment with Defendants.

8. All electronic communications, reports, statements, documents, records, images, media files tendered by Defendants in response to Plaintiff's requests for production during discovery in this cause of action.

9. All electronic communications, reports, statements, documents, records, images, media files tendered by Plaintiff in response to Defendants' requests for production during discovery in this cause of action.

10. All documents, reports, electronic records, statements, tendered by any non-party to this cause of action.

11. The entire contents of the Report of Investigation created by Defendant Federal Bureau of

Investigation after Plaintiff filed her formal complaint of discrimination with Defendants.

12.    Any electronically generated medical reports, records, images, billing records, generated by Loyola University Medical Center that pertain to consultation, diagnosis, and treatment of Plaintiff.

13.    Any electronically generated medical reports, records, images, billing records, generated by Pietro Tonino, M.D. that pertain to consultation, diagnosis, and treatment of Plaintiff.

14.    Any electronically generated medical reports, records, images, billing records, generated by Chicago Hand & Orthopedic that pertain to consultation, diagnosis, and treatment of Plaintiff.

15.    Any electronically generated medical reports, records, images, billing records, generated by Ivy Rehab that pertain to consultation, diagnosis, and treatment of Plaintiff.

16.    Any electronically generated medical reports, records, images, billing records, generated by Advantage Behavioral Health, LLC that pertain to consultation, diagnosis, and treatment of Plaintiff.

17.    Any electronically generated medical reports, records, images, billing records, generated by Courtney Peters, LCPC, that pertain to consultation, diagnosis, and treatment of Plaintiff.

18.    Any and all Hearing/Trial testimony, as well as Hearing exhibits, that were created by Plaintiff and/or Defendants (or third parties by or on behalf of the parties to the instant action[1]) during Plaintiff's administrative case processing before the Equal Employment Opportunity Commission (EEOC).

18.    Any and all pleadings filed electronically within this Court's electronic case filing system.

19.    Any and all, yet to be created, statements, documents, records, recordings, images, or media files yet to be created that may become probative to the issues in the instant cause of action

---

[1] This includes the production of electronic records created by or on behalf of the assigned, administrative judge from the EEOC, or the Equal Employment Opportunity Commission.

after submission of this Preliminary Exhibit List.

20.     For purposes of impeachment and/or for admission for the truth of the matter asserted, Plaintiff reserves the right to introduce into evidence at trial on this cause of action any previously recorded prior inconsistent statement(s) by any trial witness, pursuant to FRE 801(d)(1) and (2) and FRE 803.

As the parties are still engaged in discovery in the instant cause of action, Plaintiff reserves right to supplement in the instant Exhibit List.

Dated: October 28, 2024.

Respectfully submitted,

_____
Denis P. McAllister, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024 Plaintiff served her Preliminary Exhibit List via the United States District Court, Southern District electronic case filing system and via mail transmittal on counsel for the Defendants.

Dated: October 28, 2024.

---
Denis P. McAllister, Esq.
Attorney for Plaintiff