UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEXIS RACHWALSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02138-TWP-TAB |
| PAMELA BONDI in her official capacity as Attorney General of the United States and Department of Justice, KASH PATEL in his official capacity as Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court having this day made its Order directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants Pamela Bondi in her official capacity as Attorney General of the United States and Department of Justice, and Kash Patel in his official capacity as Director of the Federal Bureau of Investigation and against Plaintiff Alexis Rachwalski on all claims asserted under 42 U.S.C. §2000e et seq. and 42 U.S.C. §12101-12117, 12201-12213 et seq.

The case is **dismissed with prejudice** and this action is **TERMINATED**.

**SO ORDERED.**

Date:  8/21/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Calesia Henson
DOJ-USAO
calesia.henson@usdoj.gov

Denis P Mcallister
Denis P. Mcallister
kogid67@aol.com

Jason P. Snyder
DOJ-USAO
jason.snyder@usdoj.gov